No. 119, Misc. RANDAZZO *v.* CALIFORNIA. Petition for writ of certiorari to the Supreme Court of California and/or the alternative District Court of Appeal of California, Second Appellate District, denied. *Morris Lavine* for petitioner.

No. 155, October Term, 1956. KLEINMAN *v.* KOBLER, DOING BUSINESS AS KOBLER SHAVING Co., 352 U. S. 830; and

No. 788, October Term, 1956. GINSBURG *v.* BLACK ET AL., 353 U. S. 911. Motions for leave to file second petitions for rehearing denied.

NOVEMBER 7, 1957.

No. 68. MACKEY *v.* SEARS, ROEBUCK & Co. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Edward I. Rothschild* was on the stipulation for petitioner. With him on the petition was *John Paul Stevens.* *Walter J. Rockler* for respondent.

NOVEMBER 12, 1957.

No. 380. ARGONAUT NAVIGATION Co., LTD., *v.* KOTSIFAKIS ET AL. Motion to strike portions of petition and record denied. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. *Hugh S. Meredith* for petitioner. *Jacob L. Morewitz, pro se,* movant-respondent.